**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
F I L E D
7/12/01
MICHAEL N. MILBY, CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| v. | § CRIMINAL NO. *CRG-01-14* |
| | § |
| ANTONIO G. DICATALDO | § |

# I N D I C T M E N T

THE GRAND JURY CHARGES THAT:

## COUNT 1

### (18 United States Code §§ 2251(a)&(d) -- Production of Child Pornography)

In or about September of 2000, in the Galveston Division of the Southern District of Texas, the defendant

## ANTONIO G. DICATALDO

did knowingly persuade a person under the age of eighteen to engage in sexually explicit conduct, specifically masturbation and the lascivious exhibition of the genitals and pubic area, for the purpose of producing a visual depiction of such conduct, which depiction was transported in interstate or foreign commerce, or which defendant knew or had reason to know would be transported in interstate or foreign commerce and which was produced using material that had been mailed, shipped, or transported in interstate or foreign commerce by any means,

In violation of Title 18, United States Code, Sections 2251(a) & (d).

## COUNT 2

**(18 United States Code, §§ 2252(a)(1) & (b)(1) -- Distribution of Child Pornography)**

In or about September of 2000, in the Galveston Division of the Southern District of Texas, the defendant

### ANTONIO G. DICATALDO

did knowingly transport or ship in interstate or foreign commerce, by computer, an image depicting a person under the age of eighteen (18) engaging in sexually explicit conduct, specifically, masturbation and the lascivious exhibition of the genitals and pubic area,

In violation of Title 18, United States Code, Sections 2252(a)(1) and (b)(1).


## COUNT 3

**(18 United States Code § 2422(b) -- Use of Means of Interstate Commerce to Attempt to Entice Minor to Engage in Sexual Activity)**

From approximately March of 2000, to approximately December of 2000, in the Galveston Division of the Southern District of Texas,

### ANTONIO G. DICATALDO

defendant herein, used a facility or means of interstate commerce, to wit, the Internet, to knowingly attempt to persuade, induce, entice, or coerce an individual who had not attained the age of eighteen years, to engage in sexual activity for which the defendant can be charged with a criminal offense under Texas Penal Code Section 43.25, to wit, sexual performance by a child,

In violation of 18 U.S.C. § 2422(b).

2

## COUNT 4

### (18 United States Code § 2252A(a)(5)(B) -- Possession of Child Pornography)

On or about the 22nd day of December, 2000, in the Galveston Division of the Southern District of Texas, the defendant

### ANTONIO G. DICATALDO

did knowingly possess a film, videotape, computer disk, or other material containing an image of child pornography that had been mailed, or shipped or transported in interstate or foreign commerce by any means, including by computer, or that was produced using materials that had been mailed, or shipped or transported in interstate or foreign commerce by any means, including by computer,

In violation of Title 18, United States Code, Section 2252A(a)(5)(B).

TRUE BILL:

ORIGINAL SIGNATURE ON FILE

FOREPERSON OF THE GRAND JURY

APPROVED:

GREGORY A. SERRES
United States Attorney

By: _____
Michael J. Wynne
Assistant United States Attorney

3